IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**STEPHANIE BAKER,**

    **Plaintiff**

v.                                                                  Case No. 3:16-cv-65-GNS

**AMERICREDIT FINANCIAL SERVICES, INC.
d/b/a GM FINANCIAL; EQUIFAX INFORMATION
SERVICES, LLC; TRANS UNION, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.**

    **Defendants.**
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Stephanie Baker ("Baker") and Defendant, AmeriCredit Financial Services, Inc. d/b/a GM Financial ("GM Financial") (herein referred to as the "Parties"),, by and through the undersigned counsel, hereby notify the Court that a tentative settlement agreement has been reached between the Parties. The Parties are presently drafting, finalizing, and executing the settlement and dismissal documents. The Parties request forty-five (45) days to finalize the settlement documents and to file a stipulation of dismissal with the Court.

Respectfully submitted this 31st day of August, 2016.

28142347 v1

/s/ Reid Manley  
Reid Manley (KY Bar No. 90360)  
BURR & FORMAN LLP  
420 North 20th Street, Suite 3400  
Birmingham, Alabama  35203  
Telephone: (205) 251-3000  
Facsimile: (205) 458-5100  
rmanley@burr.com  

Attorney for AmeriCredit Financial Services, Inc. d/b/a GM Financial

AGREED TO BY:

/s/David W. Hemminger  
David W. Hemminger  
HEMMINGER LAW OFFICE, PSC  
616 South Fifth Street  
Louisville, Kentucky 40202  
(Tel) 502.443.1060  
(Fax) 502.589.3004  
hemmingerlawoffice@gmail.com  

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2016 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

/s/ Reid Manley  
Reid Manley